STATE of Missouri, Respondent,

v.

Kenneth E. VIEGER, Appellant.

No. WD 46578.

Missouri Court of Appeals,
Western District.

July 12, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of assault in the second degree, § 565.060, RSMo 1986 (repealed), and tampering in the first degree, § 569.080.1(2), RSMo 1986; and from sentence of concurrent prison terms totaling twenty years.

Judgment affirmed pursuant to Rule 30.-25(b).